NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

STUART ALEXANDER, )
)
        Appellant, )
)
v. )    Case No. 2D17-406
)
JAMES F. ALLEN and HERTEL )
PARK ASSOCIATES I, LLC, a New )
York limited liability company, )
)
        Appellees. )
_____ )

Opinion filed March 28, 2018.

Appeal from the Circuit Court for Lee
County; Elizabeth V. Krier, Judge.

Jared H. Beck, Elizabeth Lee Beck, and
Beverly Virues of Beck & Lee Trial Lawyers,
Miami, for Appellant.

C. Richard Mancini of Henderson, Franklin,
Starnes & Holt, P.A., Bonita Springs, for
Appellees.

PER CURIAM.

        Affirmed.

SILBERMAN, VILLANTI, and BADALAMENTI, JJ., Concur.